IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY WILLIAMS, # 181140, <br> a.k.a., John Williams El-Bey, <br><br> Plaintiff, <br><br> v. <br><br> Elmore Correctional Facility, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CASE NO. 2:18-CV-522-WKW <br> [WO] |

## **ORDER**

On June 19, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED and that this case is DISMISSED without prejudice for failure of Plaintiff to file necessary financial information as ordered by the court.

Final judgment will be entered separately.

DONE this 25th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE